IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 2:11-CV-11-FL
Northern Division

GRACE HOLLEY, )
    for "D.H.", a minor, )
        Plaintiff, )
         )
v. )     O R D E R
         )
MICHAEL J. ASTRUE, )
    Commissioner of Social Security, )
        Defendant. )

This is a Social Security case in which a judgment and order were entered reversing the Commissioner's Decision and remanding the case. The Plaintiff has moved for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $2,625.00.

On the basis of Plaintiff's motion and supporting documents, IT IS ORDERED that the Commissioner of Social Security pay $2,625.00 in attorney's fees in full satisfaction of any claim for fees, costs, and other expenses pursuant to EAJA.

This the 23rd day of May, 2012.

                                        /s/ Louise W. Flanagan
                                        United States District Judge